Jason E. Pepe (Admitted *Pro Hac Vice*)
Matthew J. Vanis (SBN 210706)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Phone: (415) 544-1900
Fax: (415) 391-0281
mvanis@shb.com

Attorneys for Defendant
VALLEYLAB HOLDING CORPORATION

Ryan F. Perkins, Esq.
Attorney at Law
319 N. Main Street, Suite B
Fort Bragg, CA 95437
Tel: (707) 964-4900
Fax: (707) 961-1382

Attorney for Plaintiff KIRK O'DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KIRK O'DAY,<br><br>    Plaintiff,<br><br>vs.<br><br>BOVIE MEDICAL CORPORATION, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.:  C 10-02333 JL<br><br>**STIPULATION TO EXTEND PERIOD FOR INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)**<br><br>Removal filed:  May 27, 2010 |

On Wednesday, July 21, 2010, the parties completed their Rule 26(f) conference. At that time, the parties agreed to extend the deadline to make initial disclosures pursuant to Rule 26(a) up to and including August 31, 2010.

1  IT IS SO AGREED.

2  Dated:  August 2, 2010                                   SHOOK, HARDY & BACON LLP

3

4
                                                            By: /s/ Matthew J. Vanis
5                                                               JASON PEPE
                                                                MATTHEW J. VANIS
6                                                               Attorneys for Defendant COVIDIEN
                                                                INC.
7

8

9  Dated:  August 2, 2010                                   LAW OFFICES OF RYAN PERKINS

10
                                                            By:     /s/ Ryan Perkins
11                                                                  RYAN PERKINS
                                                                    Attorneys for Plaintiff KIRK O'DAY
12

13

14  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

15  I, Matthew J. Vanis, attest that concurrence in the filing of this document has been

16  obtained from the signatories.  I declare under penalty of perjury under the laws of the United

17  States of America that the foregoing is true and correct.  Executed this 2nd day of August, 2010,

18  at San Francisco, California.

19

20                                                          By:     /s/ Matthew J. Vanis

21

1  **[PROPOSED] ORDER**

2     The deadline for the parties to make initial disclosures pursuant to Fed.R. Civ. Proc. 26(a)

3  is extended by agreement of the parties to August 31, 2010.  IT IS SO ORDERED.

4

5  Dated: _____                     _____

6                                                UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION TO EXTEND PERIOD FOR INITIAL
DISCLOSURES PURSUANT TO FRCP 26(a)
CASE NO. C 10-02333 JL

189371 v1