1  Ryan F. Perkins, Esq.
   Attorney at Law
2  319 N. Main Street, Suite B
   Fort Bragg, CA 95437
3  Tel: (707) 964-4900
   Fax: (707) 961-1382
4
   Attorney for Plaintiff KIRK O'DAY
5
   Jason E. Pepe (Admitted *Pro Hac Vice*)
6  Matthew J. Vanis (SBN 210706)
   SHOOK, HARDY & BACON L.L.P.
7  333 Bush Street, Suite 600
   San Francisco, CA 94104-2828
8  Phone: (415) 544-1900
   Fax: (415) 391-0281
9  mvanis@shb.com

10 Attorneys for Defendant
   VALLEYLAB HOLDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| KIRK O'DAY, | Case No.: C 10-02333 SI |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| BOVIE MEDICAL CORPORATION, and DOES 1 to 100, inclusive, | **Complaint filed: November 10, 2009** |
| Defendants. | |

THE PARTIES HEREBY STIPULATE and request that the Case Management Conference currently set for September 10, 2010, be continued for two weeks, to September 24, 2010. The reason for this request is that the Plaintiff, Kirk O'Day will be absent from the State

1  on the currently scheduled date, September 10, 2010, and will be available on September 24,
2  2010. This request is based upon the Court's Preference the "parties" be encouraged to attend
3  IT IS SO AGREED.

Dated: August 26, 2010                    LAW OFFICES OF RYAN PERKINS


                                          By:   /s/ Ryan Perkins
                                                RYAN PERKINS
                                                Attorneys for Plaintiff KIRK O'DAY


Dated: August 26, 2010                    SHOOK, HARDY & BACON LLP


                                          By: /s/ Matthew J. Vanis
                                                JASON PEPE
                                                MATTHEW J. VANIS
                                                Attorneys for Defendant COVIDIEN
                                                INC.


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew J. Vanis, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August, 2010, at San Francisco, California.


                                          By:    /s/ Matthew J. Vanis

1
2
## [PROPOSED] ORDER

The current Case Management Conference set for September 10, 2010 is continued by agreement of the parties to ~~September 24, 2010~~ Oct. 12, at 10 a.m. IT IS SO ORDERED.

Dated: _____   _____
                                                         /s/ Susan Illston

UNITED STATES DISTRICT JUDGE