Ryan F. Perkins, Esq.
Attorney at Law
319 N. Main Street, Suite B
Fort Bragg, CA 95437
Tel: (707) 964-4900
Fax: (707) 961-1382

Attorney for Plaintiff KIRK O'DAY

Jason E. Pepe (Admitted *Pro Hac Vice*)
Matthew J. Vanis (SBN 210706)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Phone:  (415) 544-1900
Fax: (415) 391-0281
mvanis@shb.com

Attorneys for Defendant
VALLEYLAB HOLDING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KIRK O'DAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>BOVIE MEDICAL CORPORATION, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.:  C 10-02333 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Complaint filed: November 10, 2009** |

   THE PARTIES HEREBY STIPULATE and request that the Case Management Conference currently set for September 10, 2010, be continued for two weeks, to September 24, 2010.  The reason for this request is that the Plaintiff, Kirk O'Day will be absent from the State

on the currently scheduled date, September 10, 2010, and will be available on September 24, 2010. This request is based upon the Court's Preference the "parties" be encouraged to attend

IT IS SO AGREED.

Dated: August 26, 2010                                   LAW OFFICES OF RYAN PERKINS


                                                         By:   /s/ Ryan Perkins
                                                             RYAN PERKINS
                                                             Attorneys for Plaintiff KIRK O'DAY


Dated: August 26, 2010                                   SHOOK, HARDY & BACON LLP


                                                         By: /s/ Matthew J. Vanis
                                                             JASON PEPE
                                                             MATTHEW J. VANIS
                                                             Attorneys for Defendant COVIDIEN INC.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Matthew J. Vanis, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August, 2010, at San Francisco, California.


                                                         By:   /s/ Matthew J. Vanis

1

### [PROPOSED] ORDER

2

3   The current Case Management Conference set for September 10, 2010 is continued by agreement of the parties to ~~September 24, 2010~~ Oct. 12, at 10 a.m.. IT IS SO ORDERED.

4

5   Dated: _____    _____

6

*[signature: Susan Illston]*

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 10-02333 SI

191147 v1