Jason E. Pepe (Admitted *Pro Hac Vice*)
Matthew J. Vanis (SBN 210706)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Phone: (415) 544-1900
Fax: (415) 391-0281
mvanis@shb.com

Attorneys for Defendant
VALLEYLAB HOLDING CORPORATION

Ryan F. Perkins, Esq.
Attorney at Law
319 N. Main Street, Suite B
Fort Bragg, CA 95437
Tel: (707) 964-4900
Fax: (707) 961-1382

Attorney for Plaintiff KIRK O'DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KIRK O'DAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>BOVIE MEDICAL CORPORATION, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: C 10-02333 SI<br><br>**STIPULATION TO EXTEND PERIOD FOR INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)**<br><br>Removal filed: May 27, 2010 |

The parties agreed to further extend the deadline to make initial disclosures pursuant to Rule 26(a) up to and including September 30, 2010.

IT IS SO AGREED.

Dated: August 26, 2010                              SHOOK, HARDY & BACON LLP


By: /s/ Matthew J. Vanis
    JASON PEPE
    MATTHEW J. VANIS
    Attorneys for Defendant COVIDIEN INC.


Dated: August 26, 2010                              LAW OFFICES OF RYAN PERKINS


By:    /s/ Ryan Perkins
    RYAN PERKINS
    Attorneys for Plaintiff KIRK O'DAY

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew J. Vanis, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August, 2010, at San Francisco, California.


By:    /s/ Matthew J. Vanis

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

The deadline for the parties to make initial disclosures pursuant to Fed.R. Civ. Proc. 26(a) is extended by agreement of the parties to September 30, 2010.  IT IS SO ORDERED.

Dated: _____       _____
                                                                    UNITED STATES DISTRICT JUDGE