```
Jason E. Pepe (Admitted Pro Hac Vice)
Matthew J. Vanis (SBN 210706)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Phone: (415) 544-1900
Fax: (415) 391-0281
mvanis@shb.com

Attorneys for Defendant
VALLEYLAB HOLDING CORPORATION

Ryan F. Perkins, Esq.
Attorney at Law
319 N. Main Street, Suite B
Fort Bragg, CA 95437
Tel: (707) 964-4900
Fax: (707) 961-1382

Attorney for Plaintiff KIRK O'DAY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KIRK O'DAY,<br><br>          Plaintiff,<br><br>   vs.<br><br>BOVIE MEDICAL CORPORATION, and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No.: C 10-02333 SI<br><br>**STIPULATION FOR CONTINUATION OF RULE 26 DISCLOSURES**<br><br>Removal filed: May 27, 2010 |

The parties agree to further extend the deadline to make initial disclosures pursuant to Rule 26(a) up to and including November 15, 2010.

The parties recently completed an inspection of the product at issue and are actively exchanging information informally. The parties are attempting to resolve this matter and

therefore respectfully request that this court further extend the deadline for initial disclosures pursuant to Rule 26(a).

IT IS SO AGREED.

Dated: September 22, 2010          SHOOK, HARDY & BACON LLP

By: /s/ Matthew J. Vanis
    JASON PEPE
    MATTHEW J. VANIS
    Attorneys for Defendant COVIDIEN INC.

Dated: September 22, 2010          LAW OFFICES OF RYAN PERKINS

By: /s/ Ryan Perkins
    RYAN PERKINS
    Attorneys for Plaintiff KIRK O'DAY

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew J. Vanis, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of September, 2010, at San Francisco, California.

By: /s/ Matthew J. Vanis

- 2 -
STIPULATION TO EXTEND PERIOD FOR INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)
CASE NO. C 10-02333 SI

193273 v1

1 **[PROPOSED] ORDER**

2    The deadline for the parties to make initial disclosures pursuant to Fed.R. Civ. Proc. 26(a)

3 is extended by agreement of the parties to November 15, 2010.  IT IS SO ORDERED.

4

5 Dated: _____    _____
                                                          *[signature: Susan Illston]*

6                                                UNITED STATES DISTRICT JUDGE