IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK ODAY, | No. C 10-02333 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| BOVIE MEDICAL CORPORATION, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 4, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 1, 2011.

DESIGNATION OF EXPERTS: pltf: 4/29/11, deft.: 6/10/11; REBUTTAL: 8/5/11.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is pltf: 5/27/11, deft: 7/8/11.

REBUTTAL EXPERT DISCOVERY CUTOFF: August 19, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by ; September 2, 2011

Opp. Due September 16, 2011; Reply Due September 23, 2011;

and set for hearing no later than October 7, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 2, 2011 at 3:30 PM.

JURY TRIAL DATE: November 14, 2011 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 4-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Courts Mediation Program. The mediation session shall occur within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge