```
1  Jason E. Pepe (Admitted Pro Hac Vice)
   Matthew J. Vanis (SBN 210706)
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, CA 94104-2828
   Phone: (415) 544-1900
4  Fax: (415) 391-0281
   mvanis@shb.com
5
   Attorneys for Defendant
6  VALLEYLAB HOLDING CORPORATION

7  Ryan F. Perkins, Esq.
   Attorney at Law
8  319 N. Main Street, Suite B
   Fort Bragg, CA 95437
9  Tel: (707) 964-4900
   Fax: (707) 961-1382
10
   Attorney for Plaintiff KIRK O'DAY
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KIRK O'DAY,<br><br>Plaintiff,<br><br>vs.<br><br>BOVIE MEDICAL CORPORATION, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: C 10-02333 SI<br><br>**STIPULATION FOR FURTHER CONTINUATION OF RULE 26 DISCLOSURES**<br><br>Removal filed: May 27, 2010 |

The parties agree to further extend the deadline to make initial disclosures pursuant to Rule 26(a) up to and including January 15, 2011.

The parties recently agreed to mediation with Mark Petersen, Esq. on December 6, 2010. Mr. Peterson agrees with the parties stipulation to further extend the deadline to make initial

- 1 -
STIPULATION TO EXTEND PERIOD FOR INITIAL
DISCLOSURES PURSUANT TO FRCP 26(a)
CASE NO. C 10-02333 JL
196051 v1

disclosures pursuant to Rule 26(a). The parties are attempting to resolve this matter and therefore respectfully request that this court further extend the deadline for initial disclosures pursuant to Rule 26(a).

IT IS SO AGREED.

Dated: November 9, 2010                                    SHOOK, HARDY & BACON LLP


                                                           By: /s/ Matthew J. Vanis
                                                                JASON PEPE
                                                                MATTHEW J. VANIS
                                                                Attorneys for Defendant COVIDIEN INC.


Dated: November 9, 2010                                    LAW OFFICES OF RYAN PERKINS


                                                           By:    /s/ Ryan Perkins
                                                                RYAN PERKINS
                                                                Attorneys for Plaintiff KIRK O'DAY


**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew J. Vanis, attest that concurrence in the filing of this document has been obtained from the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of November, 2010, at San Francisco, California.


                                                           By:    /s/ Matthew J. Vanis

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The deadline for the parties to make initial disclosures pursuant to Fed.R. Civ. Proc. 26(a) |
| 3 | is extended by agreement of the parties to January 15, 2011.  IT IS SO ORDERED. |

Dated: _____       _____
                                                                     UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION TO EXTEND PERIOD FOR INITIAL
DISCLOSURES PURSUANT TO FRCP 26(a)
CASE NO. C 10-02333 JL

196051 v1