Jason E. Pepe (Admitted *Pro Hac Vice*)
Matthew J. Vanis (SBN 210706)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Phone: (415) 544-1900
Fax: (415) 391-0281
mvanis@shb.com

Attorneys for Defendant
VALLEYLAB HOLDING CORPORATION

Ryan F. Perkins, Esq.
Attorney at Law
319 N. Main Street, Suite B
Fort Bragg, CA 95437
Tel: (707) 964-4900
Fax: (707) 961-1382

Attorney for Plaintiff KIRK O'DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KIRK O'DAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BOVIE MEDICAL CORPORATION, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No.:  C 10-02333 SI<br><br>**STIPULATION FOR FURTHER CONTINUATION OF RULE 26 DISCLOSURES**<br><br>Removal filed:  May 27, 2010 |

　　　　The parties agree to further extend the deadline to make initial disclosures pursuant to Rule 26(a) up to and including February 15, 2011.

　　　　The parties mediated with Mark Petersen, Esq. on December 6, 2010.  Parties have tentatively settled their claims and are in the process of finalizing settlement details and therefore

respectfully request that this court further extend the deadline for initial disclosures pursuant to Rule 26(a).

IT IS SO AGREED.

Dated:  December 26, 2010                           SHOOK, HARDY & BACON LLP

                                                    By: /s/ Matthew J. Vanis
                                                        JASON PEPE
                                                        MATTHEW J. VANIS
                                                        Attorneys for Defendant COVIDIEN INC.

Dated:  December 26, 2010                           LAW OFFICES OF RYAN PERKINS

                                                    By:    /s/ Ryan Perkins
                                                           RYAN PERKINS
                                                           Attorneys for Plaintiff KIRK O'DAY

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew J. Vanis, attest that concurrence in the filing of this document has been obtained from the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 26rd day of December, 2010, at San Francisco, California.

                                                    By:    /s/ Matthew J. Vanis

**[PROPOSED] ORDER**

The deadline for the parties to make initial disclosures pursuant to Fed.R. Civ. Proc. 26(a) is extended by agreement of the parties to February 15, 2011.  IT IS SO ORDERED.

Dated: _____       _____/s/ Susan Illston_____

UNITED STATES DISTRICT JUDGE